UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:21-mj-03941-Reid__

UNITED STATES OF AMERICA

v.

WILLIAM GROSS, JR.

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

                            Respectfully submitted,

                            JUAN ANTONIO GONZALEZ
                            ACTING UNITED STATES ATTORNEY

By: _/s/ Joseph Egozi_____
      JOSEPH EGOZI
      Assistant United States Attorney
      Court ID No. A5502707
      99 Northeast 4th Street
      Miami, FL. 33132-2111
      Tel: (305) 961-9050
      Joseph.Egozi@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>William Gross Jr.<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 1:21mj03941 Reid<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 3, 2020 - November 9, 2020__ in the county of __Miami- Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_K. [signature]_
_Complainant's signature_

Special Agent Kimberly Jennette, FBI
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __October 4, 2021__

_[signature]_
_Judge's signature_

City and state: __Miami, Florida__  Honorable Lisette M. Reid, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kimberly Jennette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2018. I currently serve on the Violent Crimes against Children squad in the FBI's Miami Field Office. As part of this squad, I am a participating member of the Human Trafficking and Child Exploitation Task Force. My duties include the detection and neutralization of human trafficking and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States.

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

4. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging WILLIAM GROSS JR. ("GROSS") with the following violation: distribution of child pornography, in violation of Title 18, United States Code, § 2252(a)(2). This

Affidavit is intended only to establish probable cause to believe that the offense was committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5. The Kik Messenger application (commonly known as and hereinafter referred to as "Kik") is an instant messaging mobile application owned by MediaLab.AI Inc. and is available for free download on both iOS and Android operating systems. Kik uses either a data plan or Wi-Fi connection on a device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Kik users are required to register a username; however, because Kik is known for its features allowing for user anonymity, it does not require users to register a telephone number. Kik maintains a log of each user's internet protocol ("IP") address(es) that can confirm a user's location.

6. A law enforcement officer serving in an undercover capacity ("UC") was a member of a certain chatroom group on Kik (the "GROUP"). The GROUP consists of like-minded individuals who post and/or share videos and images of a pornographic nature, including "child pornography" as defined in 18 U.S.C. § 2256(8). Images and videos can be shared directly with the GROUP members or through links to other cloud-based websites, such as MEGA, that maintain images and video files. The GROUP has a membership capacity of approximately 50 members. The UC was able to view still images, videos, and file sharing links appearing to depict child pornography that members shared within the GROUP. The actual display name and Kik user identification name of the GROUP is known to me but will be withheld from this Affidavit to protect ongoing investigations. If the GROUP name is publicly disclosed, it will harm the UC's online identity and ongoing investigations into other targets.

7. When the UC joined the GROUP, subject William Gross Jr. ("GROSS") was one

2

of its administrators. On the Kik application, GROSS utilized the Kik username of "Willg880" with a display name of "Chase Ordonez."

8. On or about June 13, 2020, the UC contacted GROSS via direct message ("DM").

9. The following is a portion of conversations between GROSS and the UC from June 2020 through December 2020:

- UC: "R u active or fantasy?"
  GROSS: "Active"
  UC: "I'm active with my daughter. Who u active with?"
  GROSS: "I am active with a few family members. How old is your daughter?"[1]
  UC: "11"

- GROSS: "Yep. Well I had plans to hang out with my best friends daughter"
  UC: "How old is she?"
  GROSS: "14"
  UC: "What happened?"
  GROSS: "I may or may not go. But she doesn't suck good dick. And only wants it in the ass"
  UC: "Nice Ur friend know ur fucking her?"
  GROSS: "Yea. He invites me to do so. She loves to fuck big cock up her ass and suck dick not she isn't so good on the dick sucking"

- GROSS: "I used to play with my little cousin at night when she was asleep and I would play and lick her pussy without her knowing"
  UC: "Mmmm"

- GROSS: "Do you think she can handle my dick?" (GROSS then sent a picture of his penis to the UC.) "Just waking him up kinda half chub"
  UC: "With lube she can I'm sure"
  GROSS: "I wont hurt her? Does she do anal?"
  UC: "She has"
  GROSS: "Would I have to wear protection? Or does she like it raw."

- GROSS: "Honestly I don't cum the same as I do to her photos. If I cash app you would you send me some? And again I don't keep our convos or photos. So I'm stuck with what you send me for just the one day."
  UC: "If u want me to take specific pics of her tell me what u want to see and I would take cash app for them."

---

[1] GROSS has a 7-year-old daughter.

3

> GROSS: "Ok then. What is off limits?"
> UC: "You tell me what you want and I'll tell u"
> GROSS: "Well from what you sent me. I would like to see her booty and maybe pussy if you let me."

10. From on or about August 3, 2020, through November 9, 2020, GROSS sent the UC unsolicited videos and images that appeared to be child sexual abuse material (CSAM) in the chat thread to the undercover officer. Specifically, GROSS sent four CSAM videos and three CSAM pictures to the UC during this time. The following are descriptions of the videos sent by GROSS to the UC:

- File Name: ce5b91b3-d4b2-4d0a-8e38-3666289aa94b
  Length of File: 18 seconds
  File Description: This video depicts an erect penis penetrating a toddler's rectum.

- File Name: c2f91f79-6aa0-4c88-85a2-8da4cb7ace0d
  Length of File: 20 seconds
  File Description: This video depicts two prepubescent females performing oral sex on an erect penis.

- File Name: e4f10c96-8377-4499-87ae-75c61590a70c
  Length of File: 59 seconds
  File Description: This video depicts an adult male penetrating the vaginal/rectal area of a child while the child performs oral sex on another male.

- File Name: 4c423a55-42e3-4b29-afb2-f521c18464db
  Length of File: 25 seconds
  File Description: This video depicts an adult male penetrating the vaginal/rectal area of a child.

11. On January 13, 2021, law enforcement served a subpoena to MediaLab.AI Inc. for subscriber information and IP Logs for the Kik user "Willg880." The returns contained IP addresses 73.46.34.97 and 108.95.107.202.

12. On January 25, 2021, law enforcement served a subpoena to Comcast for IP address 73.46.34.97. Comcast provided the subscriber/IP customer details for this IP address, which came

4

back to an individual with initials "I.Z." at the physical address of 2839 SW 132nd Place, Miami, Florida 33175. Although Florida's driver license database reflects a different home address for GROSS, this address was listed by GROSS as his permanent residence with his employer at the time, Wild Fork Foods.

13. On January 25, 2021, law enforcement served a subpoena to AT&T for IP address 108.95.107.202. AT&T provided the subscriber/IP customer details for this IP address, which came back to JBS USA at the physical address of 15703 SW 88th Street, Miami, Florida 33196. A public database query of 15703 SW 88th Street, Miami, Florida 33196 revealed the address is for Wild Fork Foods. JBS USA owns Wild Fork Foods.

14. On May 27, 2021, law enforcement served a subpoena to JBS USA for records pertaining to GROSS. JBS USA records confirmed that GROSS worked for Wild Fork Foods from February 2020 until January 2021, which encompasses the time period that the UC was chatting with GROSS. JBS USA records list GROSS's home address listed in their personnel files as 2839 SW 132nd Place, Miami, Florida 33175.

15. During a Kik conversation on December 6, 2020, between the UC and "Willg880" (GROSS), GROSS shared two actual photographs of himself. I compared the photographs sent by GROSS to his photograph on record with Florida's driver license database, and they appear to be the same person.

(This space is intentionally left blank)

## CONCLUSION

16. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that WILLIAM GROSS JR. did knowingly commit the offense of distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT KIMBERLY JENNETTE
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance
with the requirements of Federal Rule of
Criminal Procedure 4.1 by Face Time
this 4th day of October 2021

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

6