ENFORCEMENT NOTICE DISMISS DEFECT INDICTMENT

IN THE UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No: 21-20532-CR-HUCK

FILED BY PG D.C.
JAN 18 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Original Jurisdiction
Chief Judge

WILLIAM GROSS JR.
Plaintiff

V

UNITED STATES OF AMERICA, OR
ONE OF ITS AGENCY
Defendants

ENFORCEMENT NOTICE DISMISS DEFECT INDICTMENT

The Plaintiff, WILLIAM GROSS JR proceeding in Propria Persona filed enforcement notice dismiss defect indictment for the following reasons:

1. I am the living human being WILLIAM GROSS JR, authorize representative for fictitious name WILLIAM GROSS JR on paper. I wavie all benefits.

2. Government attorney converted unconstitutional and defect indictment's federal statute into a crime in violation WILLIAM GROSS JR. 4th, 5th, 6th, and 14th amendment rights.

3. The indictment has defect; non judicial signatures on the indictment, defect official signatures, official improper government names on the indictment, their oath of offices are NOT on file with the clerk, and no roll of attorney on file.

4. Order, warrant, and indictment from the court required to be properly sign under signature and seal. Improper signatures and no seal resulted defect indictment.

REMEDY: Enforcement Notice Dismiss Defect Indictment GRANTED. Dismiss defect indictment with prejudice, discharge WILLIAM GROSS JR from custody unharm and whole.

VALIDATION

I certify under penalty of perjury in the United States of America that statement is true and correct. Executed on January 11, 2022

RESPECTFULLY,
WILLIAM GROSS JR
*William Gross*

CERTIFICATE OF SERVICE

I certify a true and correct copy was mailed to the United States Attorney General, United States District Court clerk, and United States District Attorney office. On January 11, 2022

Respectfully Submitted,
WILLIAM GROSS JR  68027-509
FDC Miami
P.O. Box 019120
Miami, FL 33101
*William Gross*

ALL RIGHTS RESERVED

William Gross Jr
68027-509
FDC Miami
PO Box 019120
Miami, FL 33101





USMS INSPECTED
BY _____

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

