UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20532-PCH

UNITED STATES OF AMERICA,

v.

WILLIAM GROSS, JR.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court on Defendant William Gross, Jr.'s Enforcement Notice Dismiss Defect Indictment [ECF No. 46] ("Motion"), filed January 28, 2022. Defendant's Motion seeks dismissal of the indictment for the same reasons set forth in an earlier motion [ECF No. 38], which the Court has already denied. *See* [ECF No. 42]. Like his earlier motion, Defendant's present Motion fails to state sufficient grounds to dismiss the indictment. *See* Fed. R. Crim. P. 7. Therefore, it is,

**ORDERED and ADJUDGED** that Defendant's Motion [ECF No. 46] is **DENIED**.

**DONE and ORDERED** in Chambers in Miami, Florida on February 4, 2022.

_____
Paul C. Huck
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record;
       William Gross, Jr.
       Inmate No. 68027-509
       Miami Federal Detention Center
       Inmate Mail/Parcels
       P.O. Box 019120
       Miami, Florida 33101
       *PRO SE*