(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 21-CR-20532-PCH

William Gross Jr
_____
Plaintiff(s)

v.

United States of America
_____
Defendant(s)



FILED BY ___ D.C.
FEB 15 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## VIOLATION OF CONSTITUTIONAL RIGHTS
*(TITLE OF DOCUMENT)*

I, the man William Gross Jr plaintiff or defendant, in the above styled cause, This cause comes before the Clerk for the following reasons in Violation of my Constitutional Amendment Rights. On the morning of October 5, 2021 when ambushed by multiple unidentified men and women at gun point I was forced to turn around and proceeded to be placed in handcuffs without reading my Rights nor stating the reason for arrest and stating I am under arrest. Not one person could answer and/or show proff of why I am being detained this is Violation of the 4th Amendment by seizures of my person. I was taken in an unmarked car still detained to a non-disclosed building. While fearing for my life the unidentified persons brought me into a room with a man who claim to be a special agent to proceed to interrigate me. Not once way my Rights read to me nor was an attorney made present during the interrigation

(Rev. 10/2002) General Document

process therefore denying me due process of law in Violation of the 5th Amendment and to include the 6th Amendment by not having the assistance of Counsel for his defence. I Reserved my Rights and I accept the Charges for value and return the charge for value, Exempt from Levy, Exemption #5909665651. I dont accept the crime due to no crime was comitted. A charge is a bill.

**Certificate of Service**

I the man William Gross Jr, certify that on this date February 9, 2022 a true copy of the foregoing document was mailed to: United States District Court, Office
name(s) and address(es)
of the Clerk - Room 8N09, 400 North Miami Avenue Miami, FL. 33128-7716

By:
William Gross Jr
Printed or typed name of Filer

Signature of Filer (ALL RIGHTS RESERVED)

Florida Bar Number

E-mail address

Phone Number

Facsimile Number

33 NE 4th street
Street Address

Miami, FL 33132
City, State, Zip Code

William Gross Jr
68027-509
FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 330
11 FEB 2022 PM 1 L

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, FL 33128-7716

FEB 15 2022
1:15 PM
RECEIVED

The enclosed letter processed through special mailing
procedure for forwarding to you. The letter has neither been
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return
the material for further information or clarification. If the writer
encloses correspondence for forwarding to another address, please
return the enclosure to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101

DATE: _____

USMS INSPECTED